UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
**THOMAS MCDOUGALL, et al,**

                              **Plaintiffs,**

      **-against-**                                     **22-cv-03079 (ALC)**

**GREATBANC TRUST COMPANY,**        **CONFERENCE ORDER**

                              **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on **November 9, 2023** at 2:30PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**      **November 2, 2023**
              **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**