UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THOMAS MCDOUGALL, et al,

                  **Plaintiffs,**

    -against-

GREATBANC TRUST COMPANY,

                  **Defendant.**

------------------------------------------------------------------ x

22-cv-03079 (ALC)

**AMENDED CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will now hold a telephonic conference in this action on **November 9, 2023** at 3:30PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    **November 3, 2023**
               **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**